THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR DANIELS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

DAY BROTHERS, INC., Respondent-Appellant, v. FEDERAL NUT CO., INC., Appellant-Respondent.— The learned Special Term properly denied both motions for summary judgment; there are issues of fact to be tried including the issue of the landlord's good faith (*Kaufman & Sons Saddlery Co.* v. *Miller,* 298 N. Y. 38). Orders unanimously affirmed, without costs. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

UNITED LACES & NETS, INC., et al., Appellants-Respondents, v. MAX MANDEL LACES, INC., Respondent-Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUBERT FLEMING, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

In the Matter of the Arbitration between LAFAYETTE WORSTED SPINNING Co., Appellant, and FASHION ART ·KNITTING MILLS, Respondent.— Order of this court, entered February 24, 1953 (*ante,* p. 259), is in all respects vacated. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

DE WITT SMITH v. DAVID MUSS.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [203 Misc. 356.]

■

(April 9, 1953.)

■

In the Matter of the Probate of the Will of ELEANOR M. SATTERLEE, Deceased. MABEL S. INGALLS, Appellant; SOL A. ROSENBLATT et al., Respondents.— We cannot understand the view expressed by movant that the opinion of the court in this case represents any prejudgment of the issues or jeopardizes his opportunity to secure a fair and impartial trial at the hands of a jury. The holding of the court, with reasons stated, was that an explanation from proponent was required. The jury will then have before it all that can be said on both sides. There will be no occasion for the opinion of this court to be presented to the jury and there is nothing in this situation to prejudice a full and fair trial on the merits. Motion [to modify *Per Curiam* opinion] denied. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 251.]